# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**APOKUNIE OSCEOLA KWANZAA,**

    Petitioner,

vs.                                         Case No. 4:11cv221-WS/WCS

**FLORIDA STATE HOSPITAL, et al.,**

    Respondents.

_____/

## REPORT AND RECOMMENDATION

    This cause is before me upon referral from the Clerk. In an order filed July 15, 2011, Petitioner was directed to file either pay the $5.00 filing fee or, alternatively, file a motion to proceed *in forma pauperis* by August 12, 2011. Doc. 3. Because Petitioner failed to respond to that order, an order to show cause was entered on August 22, 2011, giving Petitioner one final opportunity to comply with the previous order by September 9, 2011. Doc. 5. Petitioner was specifically warned that a recommendation would be made that this case be dismissed if there was a failure to comply with that order. To date, no response has been received from the Petitioner.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. Link v. Wabash R.R., 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962). Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order. Moon v. Newsome, 863 F.2d 835, 838 and cases cited (11th Cir.), *cert. denied*, 493 U.S. 863 (1989). Since Petitioner has failed to comply with an order or to prosecute this case, his petition should now be dismissed without prejudice.

Petitioner shall have a 14 day period after service of this report and recommendation in which to file objections. This will also afford Petitioner a final opportunity to show good cause for this failure to respond. Petitioner may do so by filing a motion for reconsideration which will be referred to me by the Clerk.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice.**

**IN CHAMBERS** at Tallahassee, Florida, on September 29, 2010.

> s/   William C. Sherrill, Jr.
> **WILLIAM C. SHERRILL, JR.**
> **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**