IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

APOKUNIE OSCEOLA KWANZAA,

    Petitioner,

v.                    4:11cv221-WS

FLORIDA STATE HOSPITAL, et al.,

    Respondents.

_____

### ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 6) docketed September 29, 2011. The magistrate judge recommends that the petitioner's § 2241 petition for writ of habeas corpus be dismissed for failure to prosecute.

Upon review of the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. The petitioner's petition for writ of habeas corpus (doc. 1) is DISMISSED without prejudice for failure to prosecute.

3. The clerk shall enter judgment stating: "All claims are DISMISSED without prejudice."

DONE AND ORDERED this <u>  25th  </u> day of <u>  October  </u>, 2011.

<u>s/ William Stafford                                </u>
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE