IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**AYOKUNIE OSCEOLA KWANZAA,**

    Petitioner,

vs.                                         Case No. 4:11cv221-WS/WCS

**FLORIDA STATE HOSPITAL, et al.,**

    Respondents.

                                       /

## REPORT AND RECOMMENDATION

This case has already been closed once for failure to prosecute. This should be the final time it is closed.

A report and recommendation was entered when Petitioner failed to either pay the $5.00 filing fee or submit a motion to proceed *in forma pauperis*, and also file an amended § 2241 petition. Doc. 6. The case was dismissed on October 25, 2011. Doc. 7. Thereafter, Petitioner filed a motion for reconsideration, doc. 9, which was granted, judgment was vacated, the case remanded to me, doc. 11, and Petitioner paid the filing fee on November 8th. Doc. 12. Petitioner was then ordered on November 10th, to file an amended petition. Doc. 13. Mail was returned to the court as undeliverable on

November 21st, doc. 14, but Petitioner filed a notice of change of address on November 23, 2011. Doc. 15. The November 10th order was re-mailed to Petitioner on November 29th. Doc. 16.

When Petitioner had not replied and filed an amended petition, an order to show cause was entered on Deb 28, 2011. Doc. 17. Petitioner was required to show why this case should not be dismissed for his failure to comply with a court order, and he was simultaneously ordered to file the amended petition. That order advised that "[a]bsent a showing of extraordinary circumstances, no further extensions of time will be provided and this case will be dismissed if Petitioner fails to reply." Doc. 17. Petitioner has failed to reply.

I note also that Petitioner's change of address, doc. 15, suggests that this case is now moot. Petitioner was directed to address that issue, doc. 17, be he has not. Petitioner had initially sought discharged from the Florida State Hospital, doc. 1, p. 6, and it appears that he has been released. However, Petitioner did not want to reside in a group living facility, and it is unclear whether or not he has been provided the relief in full that he requested. Because Petitioner has failed to respond and demonstrate his desire to participate in this litigation, that issue remains unclear. His failure to respond to the court order, however, suggests that Petitioner has abandoned this litigation, whether moot or not.

In light of the foregoing, it is respectfully **RECOMMENDED** that this action be **DISMISSED** for failure to prosecute and because it appears that Petitioner has abandoned this litigation.

**IN CHAMBERS** at Tallahassee, Florida, on January 26, 2012.

 S/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**